UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRIAN ROUTE 50 AUTO SALES, INC., an Illinois corporation, d/b/a KANKAKEE AUTO MART,<br><br>    Plaintiff,<br>v.<br>CITY OF KANKAKEE, BEAUPRE'S INC., and WILLIAM BALTHUN d/b/a BALTHUN AUTOMOTIVE,<br><br>    Defendants. | Case No. 09-CV-2265 |

## ORDER

A Report and Recommendation (#11) was filed by Magistrate Judge David G. Bernthal in the above cause on January 4, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

    IT IS THEREFORE ORDERED THAT:

    (1) The Report and Recommendation (#11) is accepted by this court.

    (2) The Motion to Dismiss Count I of Plaintiff's Complaint (#6) filed by Defendant City of Kankakee is GRANTED. Count I is dismissed with prejudice.

    (3) Because the remaining claims against Defendants Beaupre's Inc. and Balthun raise state law issues, this court declines to exercise supplemental jurisdiction over those claims. Accordingly, this case is remanded to the circuit court of Kankakee County.

    (4) This case is terminated.

    ENTERED this 25th day of January, 2010

    **s/ Michael P. McCuskey**
    MICHAEL P. McCUSKEY
    CHIEF U.S. DISTRICT JUDGE